CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 10 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| MERRY CHRISTINE PEASE,<br>Petitioner, | ) )<br>) | Civil Action No. 7:05CV00538 |
| v. | ) )<br>) | **FINAL ORDER** |
| PATRICIA L. HUFFMAN, et al.,<br>Respondents. | ) )<br>) | By: Hon. Glen E. Conrad<br>United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

### ORDERED

that the respondent's motion to dismiss shall be **GRANTED**, and the petition shall be

**STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying

memorandum opinion to the petitioner and all counsel of record.

ENTER: This ___9th___ day of February, 2006.

_____
United States District Judge